**Opinion filed April 18, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00130-CR
_____

## IN RE BILLY CHARLES WILKINS

**Original Mandamus Proceeding**

### M E M O R A N D U M   O P I N I O N

Relator, Billy Charles Wilkins, has filed in this court a pro se petition for writ of mandamus. He requests that we compel the Honorable James Eidson, sitting by assignment to the 35th District Court of Taylor County, to rescind Relator's 1996 judgment of conviction for the felony offense of burglary of a habitation. Relator asserts that Judge Eidson erred by denying Relator's motion to rescind the 1996 judgment because it was void. We dismiss Relator's petition for want of jurisdiction.

We can find no authority that would enable this court to grant the relief requested by Relator. *See* TEX. CONST. art. V, §§ 5, 6 (providing that Court of Criminal Appeals has the power to issue writs of habeas corpus and that intermediate courts of appeals only have original jurisdiction as prescribed by law); TEX. GOV'T CODE ANN. § 22.221 (West Supp. 2018) (limited writ powers granted to the courts

of appeals). An intermediate appellate court has no jurisdiction to release a person from confinement when that person has been finally convicted of a felony; the Court of Criminal Appeals has exclusive jurisdiction in such matters. *Hoang v. State*, 872 S.W.2d 694, 697 (Tex. Crim. App. 1993); *see* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015). Furthermore, an intermediate appellate court has no jurisdiction to review the denial of a petition for relief that is "in the nature of an attack on the final felony conviction" and is essentially an application for an 11.07 writ of habeas corpus. *Ex parte Lucas*, No. 10-09-00374-CR, 2009 WL 5156221, at *1 (Tex. App.—Waco Dec. 30, 2009, no pet.) (mem. op., not designated for publication); *see* CRIM. PROC. art. 11.07.

Accordingly, Relator's petition for writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

April 18, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.